IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Abraham, Debbin N | Case Number: 07 B 18044 |
|---|---|---|
| | Abraham, Idolly E | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 10/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,900.00 | |
| Secured: | | 1,797.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 935.00 |
| Trustee Fee: | | 167.60 |
| Other Funds: | | 0.00 |
| Totals: | 2,900.00 | 2,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,900.00 | 935.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 31,678.41 | 1,797.40 |
| 5. | Beneficial Illinois Inc | Secured | 21,243.28 | 0.00 |
| 6. | American General Finance | Secured | 501.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 10,390.37 | 0.00 |
| 8. | Chase Bank | Unsecured | 18.29 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 90.21 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 28.86 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 28.78 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 111.29 | 0.00 |
| 13. | Wells Fargo Financial Bank | Unsecured | 242.59 | 0.00 |
| 14. | Capital One | Unsecured | 109.84 | 0.00 |
| 15. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 16. | Cook County Treasurer | Secured | | No Claim Filed |
| 17. | American General Finance | Unsecured | | No Claim Filed |
| 18. | H & R Block | Unsecured | | No Claim Filed |
| 19. | T Mobile USA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 67,342.92 | $ 2,732.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 102.60 |
| 6.5% | 65.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Abraham, Debbin N  
　　　　Abraham, Idolly E  
　　　　Printed: 5/6/08

Case Number: 07 B 18044  
Judge: Wedoff, Eugene R  
Filed: 10/2/07

_____  
$ 167.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

